UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TARYN B PRITCHARD,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN ,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Civil No.  2:11-cv-00283-RHW<br><br>ORDER DENYING PLAINITFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Before the Court are Plaintiff's Motion for Summary Judgment, ECF No. 13, and Defendant's Motion for Summary Judgment, ECF No. 16.  Oral argument was heard on October 24, 2013.  Plaintiff is represented by Dana Chris Madsen and Maureen J. Rosette.  Defendant is represented by Assistant United States Attorney Pamela Jean DeRusha, Special Assistant United States Attorney Daniel

Page 1    ORDER DENYING PLAINITFF'S MOTION FOR
SUMMARY JUDGMENT; GRANTING
DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT - [2:11-cv-00283-RHW]

Edward Burrows, and Special Assistant United States Attorney Jordan Dylan Goddard.

The Court has reviewed the administrative record and considered the issues raised in the briefing and at oral argument and concludes Plaintiff has not met her burden of showing that the ALJ committed harmful legal error, or that the ALJ's conclusion that Plaintiff was not disabled was not supported by substantial evidence.

Accordingly**, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **DENIED**.

2. Defendant's Motion for Summary Judgment, ECF No. 16, is **GRANTED**.

3. The decision of the Commissioner denying benefits is **affirmed**.

4. The District Court Executive is directed to enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel, and **close the file**.

DATED this 7th day of November, 2013.

*s/Robert H. Whaley*
UNITED STATES DISTRICT JUDGE

Page 2    ORDER DENYING PLAINITFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - [2:11-cv-00283-RHW]